JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIETER PFEIFFER, ) | CASE NO. CV13-3165 GAF (AJWx) |
| Plaintiff(s), ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. ) | |
| LOCKHEED MARTIN CORPORATION, et al., ) | |
| Defendant(s). ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Date: June 11, 2014

_____
GARY ALLEN FEESS
United States District Court Judge

**JS-6**